UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAMARIO J. DILLARD,

            Petitioner,

v.

MICHAEL OBENLAND,

           Respondent.

CASE NO. 14-cv-05229 BHS JRC

ORDER

Petitioner in this action is challenging a conviction from King County Superior Court. This matter should be filed in the United States District Court in Seattle (*see* Local Rule 3).

The Clerk is directed to transfer this case to Seattle.

Dated this 8th day of April, 2014.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1